UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DIANE RATCLIFF** | * | **CIVIL ACTION NO.:** |
| | * | |
| **VERSUS** | * | |
| | * | **HONORABLE JUDGE:** |
| **WINN-DIXIE STORES, INC.** | * | |
| **AND/OR** | * | |
| **WINN-DIXIE MONTGOMERY, LLC** | * | **DIVISION: "    "** |
| | * | |
| | * | **HONORABLE MAGISTRATE:** |
| | * | |
| | * | |
| | * | **SECTION: (      )** |

******************************************

## NOTICE OF REMOVAL

Winn-Dixie Stores, Inc. and Winn-Dixie Montgomery, LLC, defendants in the lawsuit filed in the Civil District Court, Parish of Orleans, State of Louisiana, Docket No. 2017-2911, Division "G", file this Notice of Removal of that lawsuit to the United States District Court, Eastern District of Louisiana.

I.

This lawsuit was faxed filed on March 28, 2017 in the Civil District Court, Parish of Orleans, State of Louisiana, by Diane Ratcliff against Winn-Dixie Stores, Inc. and Winn-Dixie Montgomery, LLC.  (**See attached Exhibit A - Petition for Damages**).

II.

Thereafter on March 29, 2017, the original Petition was supplemented into the record via hard copy.  (**See attached Exhibit A - Petition for Damages**).

III.

Winn-Dixie Stores, Inc. was served on April 19, 2017 through its registered agent Corporation Service Company in Baton Rouge, Louisiana. **(See attached Exhibit B - Return of Service on Winn-Dixie Stores, Inc.)**.

IV.

Winn-Dixie Montgomery, LLC was served on April 19, 2017 through its registered agent CSC of St. Tammany Parish in Mandeville, Louisiana. **(See attached Exhibit C - Return of Service on Winn-Dixie Montgomery, LLC)**.

V.

Plaintiff alleges that on or about August 4, 2016, she was shopping in the freezer section of Winn-Dixie store #1430 on 5400 Tchoupitoulas Street in New Orleans, Louisiana, when she slipped and fell in a puddle of water thereby causing injuries.

VI.

Plaintiff alleges that Winn-Dixie Stores, Inc. and/or Winn-Dixie Montgomery, LLC contained vices and/or defects which posed an unreasonable risk of harm to Diane Ratcliff, rendering Winn-Dixie Stores, Inc. and/or Winn-Dixie Montgomery, LLC, and its officers, employees and agents liable under Louisiana Civil Code Article 2317, 2317.1 and 2322.

VII.

Plaintiff's Petition for Damages further alleges against Winn-Dixie Stores, Inc. and/or Winn-Dixie Montgomery, LLC, the following:

    a.    Failing to maintain its premises in a safe and hazard free condition;
    b.    Failing to warn its patrons of a hazardous and dangerous condition:
    c.    Failing to repair a dangerous and hazardous condition;

S:\0-WINN DIXIE\RATCLIFF, Diane (WD.015700)\Pleadings\Winn-Dixie\Removal\notice of removal - federal court - 05 08 17 (F).wpd

2

    d.    Acting with indifference toward the safety of others;
    e.    Failing to maintain a safe place for its customers; and
    f.    Failing to insure safety of visitors;
    g.    All other acts of negligence which will be more fully shown at the time of trial of this matter.

## VIII.

Plaintiff alleges that, as a result of her slip and fall, she suffered injuries to her right hip, right buttock, neck, back and right knee. Plaintiff further alleges that she suffered physical pain and suffering past, present and future and has suffered mental anguish, past present and future, loss of enjoyment of life past, present and future, incurred medical expenses, past, present and future.

## IX.

On April 27, 2017, Winn-Dixie Stores, Inc. and Winn-Dixie Montgomery, LLC directed Requests for Admission to the plaintiff asking that she admit that the amount in controversy, exclusive of costs and interest, was less than: 1) $75,000.00; and 2) $50,000.00, respectively. **(See attached Exhibit D - Requests for Admissions).**

## X.

On May 2, 2017, Plaintiff denied Winn-Dixie Stores, Inc. and Winn-Dixie Montgomery, LLC directed Requests for Admission. **(See attached Exhibit E - Plaintiff's Responses to Requests for Admissions).**

## XI.

Plaintiff alleges that she is a resident of the Parish of Orleans, State of Louisiana.

XII.

Winn-Dixie Stores, Inc. is a Florida corporation with its principal place of business in Duval County, Florida. Winn-Dixie Montgomery, LLC is a limited liability company whose sole member is Winn-Dixie Stores, Inc.

XIII.

As set forth in the preceding paragraphs, diversity of citizenship exists between plaintiff and defendants as required by 28 USC § 1332.

XIV.

In light of the allegations and damages sought in the plaintiff's Petition for Damages, the amount in controversy in this lawsuit exceeds $75,000.00, exclusive of interest and costs.

XV.

Removal to Federal Court is proper here because:

1) The amount in controversy exceeds $75,000.00, exclusive of interest and costs;
2) Diversity of citizenship exists between the plaintiff and defendants;
3) This removal has been filed within 30 days of the date from which the case became removable.

**WHEREFORE,** Winn-Dixie Stores, Inc. and Winn-Dixie Montgomery, LLC, respectfully pray for the removal of the State Court proceeds from the Civil District Court for the Parish of Orleans, State of Louisiana, to this Honorable Court, and for the stay of all future proceedings in the State Court because of this removal.

S:\0-WINN DIXIE\RATCLIFF, Diane (WD.015700)\Pleadings\Winn-Dixie\Removal\notice of removal - federal court - 05 08 17 (F).wpd

4

Respectfully submitted,

**BERNARD, CASSISA, ELLIOTT & DAVIS**
A Professional Law Corporation

BY: _____
**STEPHEN N. ELLIOTT (#5326)**
**CAROLINE D. ELLIOTT (#28568)**
3838 N. Causeway Blvd., Suite 3050
Metairie, Louisiana 70002
Telephone: (504) 834-2612
Facsimile: (504) 838-9436
Email: elliotte@bcedlaw.com

**COUNSEL FOR,**
**WINN-DIXIE STORES, INC., AND**
**WINN-DIXIE MONTGOMERY, INC.**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he has electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a copy of the foregoing pleading to all counsel of record by notice of electronic filing. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the all non-CM/ECF participants, this 8th day of May, 2017.

_____
**CAROLINE D. ELLIOTT (#28568)**

S:\0-WINN DIXIE\RATCLIFF, Diane (WD.015700)\Pleadings\Winn-Dixie\Removal\notice of removal - federal court - 05 08 17 (F).wpd

5