SECTION 11

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

NO: 17-2911

DIANE RATCLIFF

VERSUS

FILED
MAR 28 2017
CLERK'S OFFICE
CIVIL DISTRICT COURT

WINN-DIXIE STORES, INC. and/or WINN-DIXIE MONTGOMERY, LLC

FILED: _____

DEPUTY CLERK

### PETITION FOR DAMAGES

The petition of **DIANE RATCLIFF**, a person of the full age of majority and resident of and domiciled in the Parish of Orleans, State of Louisiana, with respect represents:

**I.**

That made defendants herein, **WINN-DIXIE STORES, INC.**, a corporation authorized to do and doing business in the State of Louisiana; **WINN-DIXIE MONTGOMERY, LLC** a corporation authorized to do and doing business in the State of Louisiana are liable unto your petitioner in a true and full sum in excess of FIFTY THOUSAND ($50,000.00) DOLLARS together with legal interest from date of judicial demand and the cost of these proceedings for the following reasons to-wit:

**II.**

That on or about the 4th day of August, 2016, **DIANE RATCLIFF** was shopping in the freezer section of Winn-Dixie store #1430 on 5400 Tchoupitoulas Street in New Orleans, Louisiana when she slipped and fell in a puddle of water, thereby causing injuries to your petitioner.

**III.**

That at all material times pertinent hereto **WINN-DIXIE STORES, INC. and/or WINN DIXIE MONTGOMERY, LLC**, contained vices and/or defects which posed an unreasonable risk of harm to your petitioner, rendering **WINN-DIXIE STORES, INC. and/or WINN DIXIE MONTGOMERY, LLC**, and its officers, employees and agents liable under Louisiana Civil Code Article 2317, 2317.1 and 2322 for the damages sustained by your petitioner.

**IV.**

That, in the alternative, the doctrine res ipsa loquitur applies in this matter. Plaintiff avers that negligence should be inferred in this case because the facts indicate that the probable cause of plaintiff's slip and fall was as a result of the negligence of **WINN-DIXIE STORES, INC. and/or WINN DIXIE MONTGOMERY, LLC** in failing to maintain its premises in a safe and hazard free condition for the safety and well-being of its patrons.

**V.**

VERIFIED
03/29/2017

Page 1 of 3



That your petitioner, **DIANE RATCLIFF**, as a result of the above described acts of negligence suffered injuries to her right hip, right buttock, neck, back and right knee. She additionally has suffered physical pain and suffering past, present and future and has suffered mental anguish, past, present and future, loss of enjoyment of life past, present and future, incurred medical expenses, past, present and future.

### VI.

The above described acts were caused solely and/or concurrently through the negligent acts and/or omissions of **WINN-DIXIE STORES, INC. and/or WINN DIXIE MONTGOMERY, LLC**, its officer, employees and agents which negligence is more particularly described as follows:

    a)     Failing to maintain its premises in a safe and hazard free condition;

    b)     Failing to warn its patrons of a hazardous and dangerous condition;

    c)     Failing to repair a dangerous and hazardous condition.

    d)     Acting with indifference toward the safety of others;

    e)     Failing to maintain a safe place for its customers; and

    f)     Failing to insure safety of visitors;

    h)     All other acts of negligence which will be more fully shown at the time of trial of this matter.

### VII.

The above described acts were caused solely and/or concurrently through the negligent acts and/or omissions of **WINN-DIXIE STORES, INC. and/or WINN DIXIE MONTGOMERY, LLC**, its officer, employees and agents which negligence is more particularly described as follows:

    a) Failing to maintain its premises in a safe and hazard free condition

    b) Failing to warn its patrons of a hazardous and dangerous condition;

    c) Failing to repair a dangerous and hazardous condition.

    d) Acting with indifference toward the safety of others;

    e) Failing to maintain a safe place for its customers; and

    f) Failing to insure safety of visitors;

    g) All other acts of negligence which will be more fully shown at the time of trial of this matter.

### VIII.

WHEREFORE, your petitioner prays that the defendants, **WINN-DIXIE STORES, INC. and/or WINN DIXIE MONTGOMERY, LLC** be duly cited and served with a copy of this petition and that after due proceedings had there be judgment herein in favor of your petitioner,

**DIANE RATCLIFF** and against defendants in a true and full sum in excess of FIFTY THOUSAND ($50,000.00) DOLLARS together with legal interest from the date of judicial demand until paid, for all costs of these proceedings and for all general and equitable relief.

Respectfully submitted,

Joseph M. Bruno, Jr. #30229
**BRUNO & BRUNO**
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 581-1493
Email: josephjr@brunobrunolaw.com

**PLEASE SERVE WITH PETITION AND INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS:**

WINN-DIXIE STORES, INC
THROUGH ITS AGENT FOR SERVICE OF PROCESS
CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE, LA 70802

WINN-DIXIE MONTGOMERY, LLC
CSC OF ST. TAMMANY PARISH, INC.
4600 HIGHWAY 22, SUITE 9
MANDEVILLE, LA 70471