UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DIANE RATCLIFF** | * | **CIVIL ACTION NO.: 17-4776** |
| | * | |
| **VERSUS** | * | **HON. JUDGE CARL BARBIER** |
| | * | |
| **WINN-DIXIE STORES, INC.** | * | **SECTION: "J"** |
| **WINN-DIXIE MONTGOMERY, LLC** | * | |
| | * | **HON. MAG. JUDGE** |
| | * | **KAREN WELLS ROBY** |
| | * | **MAG.: (4)** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF SETTLEMENT**

**NOW INTO COURT,** through undersigned counsel, comes **Winn-Dixie Montgomery, LLC** and **Winn-Dixie Stores, Inc.**, who respectfully submit this Notice of Settlement, and inform the Court as follows:

1. Plaintiff, Diane Ratcliff and Defendants, Winn-Dixie Montgomery, LLC and Winn-Dixie Stores, Inc. have reached a settlement in this matter.

2. Plaintiff and Defendants will submit an agreed motion of dismissal with prejudice within 60 days.

Respectfully submitted,

**BERNARD, CASSISA, ELLIOTT & DAVIS**
A Professional Law Corporation

BY:   *s/Caroline D. Elliott*
**STEPHEN N. ELLIOTT (#5326)**
**CAROLINE D. ELLIOTT (#28568)**
3838 N. Causeway Blvd., Suite 3050
Metairie, Louisiana 70002
Telephone:   (504) 834-2612
Facsimile:   (504) 838-9438
Email:   elliotts@bcedlaw.com
Email:   elliottc@bcedlaw.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he has electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a copy of the foregoing pleading to all counsel of record by notice of electronic filing. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the all non-CM/ECF participants, this 28th day of June, 2018.

*s/Caroline D. Elliott*
**CAROLINE D. ELLIOTT**