UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DIANE RATCLIFF** | **CIVIL ACTION NO. 17-4776** |
| **VERSUS** | **JUDGE CARL J. BARBIER** |
| **WINN-DIXIE STORES, INC., ET AL.** | **SECTION: "J" (4)** |
| | **HON. MAG. JUDGE KAREN WELLS ROBY** |

*******************************************************************************

## JOINT MOTION AND ORDER TO DISMISS WITH PREJUDICE

**NOW INTO COURT,** through undersigned counsel, comes the plaintiff, **DIANE RATCLIFF**, and the defendants, **WINN-DIXIE STORES, INC. and WINN-DIXIE MONTGOMERY, LLC**, who, on suggesting to the court that all claims and disputes have been settled and compromised to the satisfaction of all parties, hereby requests that this action be dismissed with prejudice, with each party to bear its own costs.

Respectfully submitted,

| | |
|---|---|
| **BRUNO & BRUNO** | **BERNARD, CASSISA, ELLIOTT & DAVIS, APLC** |
| **BY:** *s/Joseph M. Bruno, Jr.* | **BY:** *s/Caroline D. Elliott* |
| **JOSEPH M. BRUNO, JR. (#30229)** | **STEPHEN N. ELLIOTT (#5326)** |
| 855 Baronne Street | **CAROLINE D. ELLIOTT (#28568)** |
| New Orleans, Louisiana 70113 | 3838 N. Causeway Blvd., Suite 3050 |
| Telephone: (504) 525-1335 | Metairie, Louisiana 70002-8357 |
| Facsimile: (504) 58-1493 | Telephone: (504) 834-2612 |
| Attorney for Plaintiff | Facsimile: (504) 838-9438 |
| | Attorneys for Winn-Dixie Stores, Inc. and Winn-Dixie Montgomery, LLC |

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that he has electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a copy of the foregoing pleading to all counsel of record by notice of electronic filing.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants, this 9th day of July, 2018.

        *s/Caroline D. Elliott*
        **CAROLINE D. ELLIOTT**