UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DIANE RATCLIFF | CIVIL ACTION NO. 17-4776 |
| VERSUS | JUDGE CARL J. BARBIER |
| WINN-DIXIE STORES, INC., ET AL. | SECTION: "J" (4) |
| | HON. MAG. JUDGE KAREN WELLS ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing *Joint Motion to Dismiss with Prejudice* **(Rec. Doc. 49)**;

**IT IS ORDERED** that the motion is hereby **GRANTED** and all claims of the plaintiff in the above-captioned matter are hereby **DISMISSED WITH PREJUDICE** and with each party to bear its own costs.

New Orleans, Louisiana, this 10th day of July, 2018.

_____
JUDGE CARL J. BARBIER